1   MUNGER, TOLLES & OLSON LLP
    RONALD L. OLSON (State Bar No. 44597)
2   *Ron.Olson@mto.com*
    JOHN W. SPIEGEL (State Bar No. 78935)
3   *John.Spiegel@mto.com*
    JOHN M. RAPPAPORT (State Bar No. 254459)
4   *John.Rappaport@mto.com*
    355 South Grand Avenue, Thirty-Fifth Floor
5   Los Angeles, CA  90071-1560
    Telephone:  (213) 683-9100
6   Facsimile:   (213) 687-3702

7   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    (*Pro hac vice applications to be filed*)
8   BRAD S. KARP
    *bkarp@paulweiss.com*
9   THEODORE V. WELLS, JR.
    *twells@paulweiss.com*
10  BETH A. WILKINSON
    *bwilkinson@paulweiss.com*
11  LYNN B. BAYARD
    *lbayard@paulweiss.com*
12  1285 Avenue of the Americas
    New York, NY 10019-6064
13  Telephone:  (212) 373-3000
    Facsimile:   (212) 757-3990
14
    Attorneys for Defendants
15  NATIONAL FOOTBALL LEAGUE,
    NFL PROPERTIES LLC
16
                    UNITED STATES DISTRICT COURT
17
                   CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  LEDDURE RASHAD BAUMAN, et al., | CASE NO. CV12-5835 R(MANx) |
| 20         Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 21  v. | |
| 22  NATIONAL FOOTBALL LEAGUE; et al., | **Case removed: July 6, 2012 Response due: July 13, 2012 New response date: August 13, 2012** |
| 23         Defendants. | |
| 24 | |
| 25 | |
| 26 | |

27

28

1        This Stipulation is made by and between Plaintiffs and Defendants, by

2    and through their counsel of record, with reference to the following facts:

3        WHEREAS, Plaintiffs filed their Complaint in Superior Court of the

4    State of California, County of Los Angeles, on May 31, 2012;

5        WHEREAS, Plaintiffs served the first of the Defendants with a

6    Summons and Complaint on June 8, 2012;

7        WHEREAS, Defendants National Football League and NFL Properties

8    (together, the "NFL Defendants") filed a Notice of Removal pursuant to 28 U.S.C.

9    §§ 1441 and 1446(b) on July 6, 2012;

10       WHEREAS, the several Defendants and Plaintiffs filed a joint

11   stipulation and proposed order staying the case until a decision on transfer by the

12   Judicial Panel on Multidistrict Litigation on July 11, 2012;

13       WHEREAS, the NFL Defendants, on July 12, 2012, filed a Notice of

14   Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation

15   requesting that this case be transferred to the Eastern District of Pennsylvania to

16   become part of *In re National Football League Players' Concussion Injury*

17   *Litigation*, 12-md-2323, for consolidated or coordinated pretrial proceedings, and;

18       WHEREAS, pursuant to Fed. R. Civ. P. 81(c)(2)(C), the several

19   Defendants' current time to answer, move, or otherwise respond to Plaintiffs'

20   Complaint is July 13, 2012;

21       NOW THEREFORE, Plaintiffs and Defendants, through their counsel

22   of record, stipulate to the following:

23       IT IS HEREBY STIPULATED that the several Defendants' deadline

24   to answer, move, or otherwise respond to Plaintiffs' Complaint is extended to and

25   includes August 13, 2012.

26

27

28

DATED: July 5, 2012

MUNGER, TOLLES & OLSON LLP

By: _____
JOHN M. RAPPAPORT

-and-

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE,
NFL PROPERTIES LLC

DATED: July 5, 2012

GIRARDI | KEESE

By: Graham Lippsmith jr (with permission)
GRAHAM LIPPSMITH

-and-

RUSSOMANNO & BORRELLO, P.A.
HERMAN RUSSOMANNO
-and-

GOLDBERG, PERSKY & WHITE, P.C.

Attorneys for Plaintiffs

DATED: July 5, 2012

BOWMAN AND BROOKE LLP

By: _____
MARION V. MAUCH

Attorneys for Defendants

RIDDELL, INC.; ALL AMERICAN
SPORTS CORPORATION; RIDDELL
SPORTS GROUP, INC.; EASTON-BELL
SPORTS, INC.; EASTON-BELL SPORTS,
LLC; EB SPORTS CORP.; RBG
HOLDINGS CORP.